IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ESTELLA CARRILLO,

      Plaintiff,

vs.                                                                            CV 11-277 WPL/CG

FORD MOTOR COMPANY, INC.
PERMIAN FORD-LINCOLN-MERCURY, INC.,
JOHN DOES 1-3, and ROE CORPORATIONS A-C,

      Defendants.

## ORDER DENYING MOTION TO WITHDRAW

**THIS MATTER** is before the Court on Defendant Permian Ford's *Unopposed Motion*

*for Withdrawal of Michael Newell.* (Doc. 5). Pursuant to D.N.M.L.R. 83.8(a), an unopposed

motion to withdraw must indicate consent of the client represented by the withdrawing

attorney. The pending motion fails to state Permian Ford's consent to the withdrawal. For

that reason, Defendant's *Unopposed Motion for Withdrawal of Michael Newell* is **DENIED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE