IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ESTELLA CARRILLO,

    Plaintiff,

vs.                                                                 CV 11-277 WPL/CG

FORD MOTOR COMPANY, INC.
PERMIAN FORD-LINCOLN-MERCURY, INC.,
JOHN DOES 1-3, and ROE CORPORATIONS A-C,

    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER** is before the Court on Defendant Permian Ford's *Unopposed Motion for Withdrawal of Michael Newell.* (Doc. 9). The Court, noting that it is unopposed and that it complies with D.N.M.L.R. 83.8(a), finds the Motion to be well-taken.

**IT IS THEREFORE ORDERED** that the Motion be **GRANTED**. Attorney Michael Newell's withdrawal is hereby effected.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE