IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ESTELLA CARRILLO,

    Plaintiff,

vs.                                                                                 CV 11-277 BB/CG

FORD MOTOR COMPANY, INC.
PERMIAN FORD-LINCOLN-MERCURY, INC.,
JOHN DOES 1-3, and ROE CORPORATIONS A-C,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on *Defendants' Unopposed Motion to Extend the Deadline for Submitting Defendants' Settlement Position Statements.* (Doc. 29). Defendants state that Plaintiff has not yet located the vehicle which is the subject of the case. (*Id.* at 1). Defendants wish to postpone the submission of their position statements until after the status conference scheduled for September 6, 2011, where Defendants anticipate that the viability of the settlement conference will be discussed. (*Id.*). The Court, having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, **FINDS** the motion to be well-taken.

**IT IS THEREFORE ORDERED** that Defendants' settlement position paper shall be due no later than September 7, 2011.

                                                                _____
                                                                 THE HONORABLE CARMEN E. GARZA
                                                                 UNITED STATES MAGISTRATE JUDGE