## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ESTELLA CARRILLO,

      Plaintiff,

vs.                                                      CV 11-277 BB/CG

FORD MOTOR COMPANY, INC.
PERMIAN FORD-LINCOLN-MERCURY, INC.,
JOHN DOES 1-3, and ROE CORPORATIONS A-C,

      Defendants.

### ORDER GRANTING MOTION TO RESCHEDULE DEADLINES

**THIS MATTER** is before the Court on *Defendant Ford's Motion to Reset Certain Scheduling Order Deadlines,* (Doc. 41), and Plaintiff's superceding *Motion to Reset Certain Scheduling Order Deadlines,* (Doc. 45). Plaintiff's motion reflects the parties' most recent proposal for rescheduling certain deadlines. The Court, having considered Plaintiff's motion, noting that it is unopposed, and otherwise being fully advised in the premises, **FINDS** there is good cause to grant Plaintiff's motion.

**IT IS THEREFORE ORDERED** that *Defendant Ford's Motion to Reset Certain Scheduling Order Deadlines,* (Doc. 41), be **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion to Reset Certain Scheduling Order Deadlines,* (Doc. 45), be **GRANTED**. The deadlines established in the Court's *Scheduling Order*, (Doc. 19), are rescheduled as follows:

Plaintiff shall identify to all parties in writing any expert witness to be used by Plaintiff at trial and to provide expert reports no later than February 16, 2012. All other parties shall identify in writing any expert witness to be used by such parties at trial and to provide

expert reports no later than March 22, 2012.

The termination date for discovery shall be May 4, 2012, and discovery shall not be reopened, nor shall case management deadlines be modified, except by an order of the Court upon a showing of good cause. Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by May 11, 2012.

Pretrial motions and Daubert motions, other than discovery motions, shall be filed with the Court and served on opposing party by May 16, 2012.  Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before June 29, 2012; Defendant to Court on or before July 6, 2012.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE